IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 4 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**CHRISTINE ORTEGA**

PLAINTIFF

VS.

NO. _3:13-cv-00197 KGB/HDY_

**TA OPERATING LLC d/b/a**
**TRAVELCENTERS OF AMERICA**
**AND JOHN DOES 1-5**

DEFENDANTS

This case assigned to District Judge _Baker_
and to Magistrate Judge_____ _Young_

## COMPLAINT

Comes Plaintiff, Christine Ortega, by her attorneys, the Crockett Law Firm, by Stephen L. Curry, and for her Complaint against the Defendant TA Operating, LLC d/b/a TravelCenters of America and John Does 1-5 states as follows:

### I. PARTIES

1.  Plaintiff, Christine Ortega is a resident of Sioux Falls, South Dakota.

2.  Defendant, TA Operating, LLC, does business under the fictitious name of TravelCenters of America and is a business entity organized under the laws of the state of Delaware, and licensed to do business in Arkansas. Defendant's agent for service is the Corporation Service Company, 300 Spring Building, Suite 900, Little Rock, Arkansas, 72201.  As it relates to this case, TravelCenters of America is located in Earl, Crittenden County, Arkansas on Interstate 40 at Exit 260.

3.  Separate Defendant's, John Does 1-5, are persons or entities having direct or vicarious responsibility for customer safety and adherence to safety regulation and policy, and for the maintenance, care, clean-up, design, and

1

construction of said premises.

4.  Plaintiff's action is timely based upon the provisions of Ark. Code Ann. 16-56-126.

## II.  STATEMENT OF JURISDICTION

5.      There is complete diversity of citizenship between Plaintiff, a resident of South Dakota, and Defendant TA Operating, LLC, a Delaware corporation.  The residency of the designated John Doe Defendants is unknown at this time.

6.      The amount in controversy in this action exceeds the sum of $75,000.00, exclusive of interest and costs.

7.      This court has jurisdiction pursuant to 28 U.S.C. § 1332, and venue is appropriate in the Eastern District of Arkansas, Jonesboro Division.

## III.  STATEMENT OF THE CASE

8.  On or about March 13, 2006, the Plaintiff, Christine Ortega, as a customer, entered upon the premises owned and operated by TA Operating, LLC d/b/a TravelCenters of America in Earl, Crittenden County, Arkansas and her status was that of a business invitee.

9.  While her vehicle was being serviced, Plaintiff requested that Defendant's agents provide her with directions to the restroom facility.  Pursuant to the directions given to Plaintiff by Defendant, she was in the process of exiting the exterior doorway of the truck stop facility when she fell, striking the pavement surface, and injuring her body and knee.  Plaintiff's fall was caused by the fact that there was an abrupt drop-off of approximately eight (8) inches immediately

adjacent to the threshold of the doorway which was not visible or obvious prior to exiting the doorway. There were no warnings concerning the doorway drop-off, no warnings or cautions that customers should use special care in navigating the doorway or in exiting the building, nor was there adequate lighting to allow a customer to observe the drop-off.

## IV. NEGLIGENCE

10.     Defendant, TA Operating, LLC, d/b/a TravelCenters of America, and Defendant's, John Does 1-5, were negligent in the following respects:

a)     Failing to comply with local, state, and federal codes in the construction of the doorway and steps in question, and surrounding points of ingress and egress;

b)     Failing to warn persons in the position of the Plaintiff of the hazardous and unsafe conditions existing;

c)     Failing to use ordinary care to maintain the premises in a reasonably safe condition;

d)     Failing to provide reasonably safe entrances, exits, and walkways for access by its customers;

e)     Maintaining the surface of the entrances, exits, and walkways where visitors walk in an unsafe condition for visitors on the premises.

(f)     Failing to provide reasonable and necessary lighting to allow its customers to observe the doorway and surrounding points of ingress and egress.

11.     The actions of the Defendant's described herein constitute acts of negligence which was the proximate cause of Plaintiff's injuries and damage.

## V.  DAMAGES

12.   Plaintiff, Christine Ortega, is entitled to recover for the following damages, all of which were proximately caused by the negligence of Defendant, TA Operating, LLC d/b/a TravelCenters of America and/or John Does 1-5.

a)  Compensatory damages for medical treatment and expenses, and other out-of-pocket expenses, experienced in the past, and reasonably certain to be incurred in the future;

b)  Damages for loss of wages due to her injuries arising from this incident suffered in the past and reasonably certain to be incurred in the future;

c)  Damages for mental anguish suffered by the Plaintiff after the incident that gives rise to this Complaint;

d)  Damages for pain and suffering visited upon Plaintiff in the past due to her injuries, and certain to be experienced in the future due to the permanent nature of her injuries.

e)  Any and all damages permitted under applicable local, state and federal cases, rules, statutes, regulation or otherwise.

14.   The Defendants are jointly and severally liable to Christine Ortega for damages inflicted upon them.

15.   Plaintiff reserves the right to amend this Complaint to name any subsequently identified John Doe Defendant's, and reserve the right to amend the allegations and theories of liability herein as discovery progresses.

16.   Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, Christine Ortega, prays that this Court, based upon the allegations made herein, grant her judgment against Defendant TA Operating, LLC d/b/a TravelCenters of America and John Does 1-5, jointly and severally, in an amount established by the evidence at trial to be adequate to compensate Plaintiff for the injuries and damages she has sustained, but in no event less than the minimum amount required for federal court jurisdiction in diversity of citizenship cases; for her costs, interest, and all other relief to which she may be entitled.

Respectfully submitted,

CROCKETT LAW FIRM
Attorneys for the Plaintiff
11521 West Markham
Little Rock, Arkansas 72211
(501) 375-1919

By: _____
Stephen L. Curry
Arkansas Bar No. 81041

## AFFIDAVIT OF COUNSEL

I, Stephen L. Curry, attorney for the Plaintiff herein, do hereby state pursuant to A.C.A. § 16-56-125 that it is my belief that there are tortfeasors (persons, firms or corporations) whose identity is currently unknown and for which counsel believes a cause of action may lie for personal injury which was the proximate cause of the damages of Christine Ortega, and that the same could not have reasonable been discovered prior to the filing of the Complaint in this matter.

Respectfully submitted,

By: _____
Stephen L. Curry, AR 81041


STATE OF ARKANSAS)
                 )
COUNTY OF PULASKI)


SUBSCRIBED and sworn to me before this ___3rd___ day of _September_ 2013.

_Morgan Starr Stratton_
Notary Public


My Commission Expires:

_January 11th, 2023_

MORGAN STARR STRATTON
Arkansas - Grant County
Notary Public - Comm# 12391343
My Commission Expires Jan 11, 2023