IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHRISTINE ORTEGA**                                                                                    **PLAINTIFF**

v.                          Case No. 3:13-cv-00197-KGB

**TA OPERATING LLC d/b/a/**
**TRAVELCENTERS OF AMERICA**
**and JOHN DOES 1-5**                                                                               **DEFENDANTS**

## ORDER

Before the Court is defendant TA Operating LLC d/b/a Travelcenters of America's request for a settlement conference (Dkt. No. 27). The plaintiff has not responded. The Court will not compel Ms. Ortega to participate in a settlement conference. Therefore, the defendant's request for settlement conference is denied without prejudice.

SO ORDERED this 4th day of September, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE