IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINE ORTEGA                                                                                     PLAINTIFF

v.                              NO. 3:13-cv-00197 KGB/PSH

TA OPERATING LLC, d/b/a                                                                         DEFENDANT
TravelCenters of America;
and JOHN DOES 1-5

## ORDER

Stephen Curry, Deborah Denton, and Pamela Zorn Adams are hereby authorized to bring their cell phones, laptop computers, or personal digital assistants into the courthouse during regular business hours on Friday, September 25, 2015, subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom, except as otherwise directed by the undersigned.

(c) Wireless internet components of electronic devices must be deactivated when in the courtroom, except as otherwise directed by the undersigned.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshal's Service or Court Security

personnel. This examination includes, but is not limited to, placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshal's Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraphs (a), (b), or (c) may result in the seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courtroom, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 23rd day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE