IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHRISTINE ORTEGA**                                                                                          **PLAINTIFF**

**v.**                                   **Case No. 3:13-cv-00197-KGB**

**TA OPERATING LLC d/b/a/**
**TRAVELCENTERS OF AMERICA**
**and JOHN DOES 1-5**                                                                                    **DEFENDANTS**

**ORDER**

Before this Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 42). In the motion, the parties assert that they have resolved the issues in this lawsuit and have agreed that each party will bear their own attorney fees and costs. The parties request that this Court dismiss this case with prejudice. Therefore, this Court dismisses this case with prejudice.

It is so ordered this the 14th day of December, 2015.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge